UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __6__

Matthew Primous

-v-

Charles Bernard Primous

U.S.C.A. # _____

U.S.D.C. # 08-cv-1091

JUDGE: KMW

DATE: 2-28-2008

*U.S. DISTRICT COURT FILED FEB 28 2008 S.D. OF N.Y.*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

**DISTRICT COURT DOCKET ENTRIES** --------------------

**DOCUMENT DESCRIPTION**                              **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

(X) Original Record                        (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 28th Day of February, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------

Matthew Primous

-v-

Charles Bernard Primous

----------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-1091

JUDGE: KMW

DATE: 2/28/2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 28th Day of February, In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
      Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-01091-KMW
### Internal Use Only

Primous v. Primous
Assigned to: Judge Kimba M. Wood
Cause: 28:1332 Diversity-Other Contract

Date Filed: 02/04/2008
Date Terminated: 02/04/2008
Jury Demand: None
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 02/04/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Matthew Primous.(laq) (Entered: 02/20/2008) |
| 02/04/2008 | 2 | COMPLAINT against Charles Bernard Primous. Document filed by Matthew Primous.(laq) (Entered: 02/20/2008) |
| 02/04/2008 |  | Magistrate Judge Theodore H. Katz is so designated. (laq) (Entered: 02/20/2008) |
| 02/04/2008 | 3 | ORDER OF DISMISSAL, I grant this application to proceed in forma pauperis, but dismiss the complaint for the reasons set forth in this order. Accordingly, the complaint is dismissed as frivolous and for failure to state a claim upon which relief may be granted. I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/4/08) (laq) (Entered: 02/20/2008) |
| 02/04/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/4/08) (laq) (Entered: 02/20/2008) |
| 02/26/2008 | 5 | NOTICE OF APPEAL from 3 Order Dismissing Complaint (I.F.P.), 4 Judgment - Sua Sponte (Complaint). Document filed by Matthew Primous. (tp) (Entered: 02/28/2008) |
| 02/26/2008 |  | Appeal Remark as to 5 Notice of Appeal filed by Matthew Primous. $455.00 APPEAL FEE DUE. IFP REVOKED 2/4/08. (tp) (Entered: 02/28/2008) |